# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 16-1049


**BRITTNI CASTILLE**

**VERSUS**

**THE ESTATE OF TRISSY HARGRAVE, ET AL.**



**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. C-20103865
HONORABLE DAVID MICHAEL SMITH, DISTRICT JUDGE

**********

**JOHN E. CONERY**
**JUDGE**

**********

Court composed of John D. Saunders, Phyllis M. Keaty, and John E. Conery, Judges.


**DISMISSED AS MOOT.**

**Paul D. Gibson**
**Thomas M. Long**
**Gibson Law Group, PLLC**
**Post Ofice Box 3663**
**600 Jefferson Street**
**Lafayette, Louisiana 70502**
**(337) 233-9600**
**COUNSEL FOR DEFENDANT/APPELLANT/APPELLEE:**
    **Lafayette City-Parish ConsolidatedGovernment**
    **Officer Todd Rogers**
    **Jim Craft, Chief of Police**

**Sera Hearn Russell, III**
**Attorney at Law**
**Post Office Box 52866**
**Lafayette, Louisiana  70505-3866**
**(337) 237-7171**
**COUNSEL FOR DEFENDANT/APPELLEE/APPELLANT:**
    **Estate of Trissy Hargrave**

**Jeffery F. Speer**
**George A. Wright**
**Doucet & Speer**
**Post Office Drawer 4303**
**Lafayette, Louisiana  70502-4303**
**(337) 232-0405**
**COUNSEL FOR PLAINTIFF/APPELLEE/APPELLANT:**
    **Brittni Castille**
    **Ella Hargrave**
    **Raywood Hargrave**

**CONERY, Judge.**

As per this court's ruling rendered in docket number 16-758, in the matter of *Brittni Castille v. The Estate Of Trissy Hargrave, et al.*, we dismiss this case as moot, as it is based on an identical appeal.

**DISMISSED AS MOOT.**